O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE ROBINSON, | ) | Case No. CV 12-10862 DDP (PJWx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |
| | ) | |
| v. | ) | |
| | ) | |
| DACHSER TRANSPORT OF AMERICA, INC., a New York corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant is ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant removed the action to this court on the basis of diversity jurisdiction, asserting that Plaintiff's Complaint places more than $75,000 in controversy based on the seriousness of the injuries, the relief sought, and the attorneys fees incurred. It is not clear to the court that these conclusory statements meet Defendant's burden to show that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

///

1      Accordingly, Defendant is ordered to file a brief, not to
2 exceed five pages, by Monday, March 11, 2013, showing cause why
3 this action should not be remanded for lack of subject matter
4 jurisdiction.  Defendant should also deliver a courtesy copy to
5 chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los
6 Angeles.  Failure to file a brief in accordance with this Order
7 will be deemed consent to remand of this action.

9 IT IS SO ORDERED.

12 Dated: March 4, 2013

                            DEAN D. PREGERSON
                            United States District Judge