|   |   |
|---|---|
| 1 | JAY S. ROTHMAN & ASSOCIATES<br>JAY S. ROTHMAN, SBN 49739 |
| 2 | 21900 Burbank Blvd., Suite 210<br>Woodland Hills, California 91367 |
| 3 | E-Mail:  lawyers@jayrothmanlaw.com<br>Telephone:  (818) 986-7870 |
| 4 | Facsimile:   (818) 990-3019 |
| 5 | Attorneys for Plaintiff, CHRISTINE ROBINSON |

## UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| CHRISTINE ROBINSON, | ) CASE No.  CV 12-10862 BRO(PJWx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER DISMISSING ACTION IN ITS ENTIRETY** |
| DACHSER TRANSPORT OF AMERICA, INC. et. al. | ) [Filed concurrently with Stipulation of Dismissal] |
| Defendants. | ) |

**GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED**, that this action shall be dismissed in its entirety, with prejudice, and without costs.

DATED: February 20, 2014

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE